ation or decision of this petition.

No. 96–8894. ROBINSON v. CLINTON, PRESIDENT OF THE UNITED STATES, ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 95–1100. BOARD OF THE COUNTY COMMISSIONERS OF BRYAN COUNTY, OKLAHOMA v. BROWN ET AL., *ante*, p. 397;

No. 95–1535. NEWTON v. BOARD TO DETERMINE FITNESS OF BAR APPLICANTS, SUPREME COURT OF GEORGIA, 517 U. S. 1209;

No. 96–1427. DiCICCO v. BONSEY ET AL., *ante*, p. 1187;

No. 96–1561. DELCOURT v. SILVERMAN ET AL., *ante*, p. 1213;

No. 96–6887. SAMUEL v. DUNCAN, WARDEN, ET AL., *ante*, p. 1157;

No. 96–7144. WOLFGRAM v. STATE BAR OF CALIFORNIA ET AL., 519 U. S. 1129;

No. 96–7233. BOWERS ET AL. v. SATURN GENERAL MOTORS CORP., *ante*, p. 1170;

No. 96–7450. LIDMAN v. DEPARTMENT OF STATE ET AL., *ante*, p. 1124;

No. 96–7671. WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. (two judgments), *ante*, p. 1158;

No. 96–7757. PORTER v. WEST, SECRETARY OF THE ARMY, *ante*, p. 1129;

No. 96–7774. BURNETT v. EASTERN UPPER PENINSULA MENTAL HEALTH CENTER ET AL., *ante*, p. 1172;

No. 96–7906. HUSSEIN v. PIERRE HOTEL, *ante*, p. 1188;

No. 96–7955. BUTLER v. MERCHANTS BANK & TRUST CO., *ante*, p. 1176;

No. 96–7961. McCOLM v. JORDAN ET AL., *ante*, p. 1176;

No. 96–8111. CARTER v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY, *ante*, p. 1190;

No. 96–8150. SCHWARZ v. DEPARTMENT OF JUSTICE, *ante*, p. 1216;

No. 96–8177. HARGROVE v. COLONY OF STONE MOUNTAIN ET AL., *ante*, p. 1190;

No. 96–8209. JONES v. GROOSE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, *ante*, p. 1179;

1284

No. 96–8247. DOWNEY ET UX. *v.* KREMPIN ET AL., *ante,* p. 1201;

No. 96–8344. WILLIS *v.* DETELLA, WARDEN, *ante,* p. 1202;

No. 96–8360. COOPER *v.* GAMMON, SUPERINTENDENT, MOBERLY CORRECTIONAL CENTER, *ante,* p. 1202; and

No. 96–8361. IN RE ALEXANDER, *ante,* p. 1209. Petitions for rehearing denied.

JUNE 18, 1997

No. 96–9394 (A–910). IN RE TRISTAN MONTOYA. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.